

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ALAN D. ZANGER,

                Plaintiff,

- against -

CBS CORPORATION, CBS TELEVISION
DISTRIBUTION, CBS STUDIOS, INC.,
CBS NEWS, INC. AND DOES 1-10,

                Defendants.

------------------------------------------------------- x

Civ. No. 11 civ 7483 (LK)

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between counsel for Plaintiff Alan Zanger ("Plaintiff") and counsel for the named Defendants CBS CORPORATION, CBS TELEVISION DISTRIBUTION, CBS STUDIOS, INC., and CBS NEWS, INC. (collectively "CBS Defendants") in the above captioned action that the time in which CBS Defendants shall answer or otherwise respond to the Complaint in this action is hereby extended to and including March 13, 2012.

IT IS FURTHER STIPULATED, CONSENTED AND AGREED, by and between counsel for Plaintiff and counsel for CBS Defendants that CBS Defendants waive any defenses under Federal Rule of Civil Procedure 12(b)(1) and (3).

IT IS FURTHER STIPULATED, CONSENTED AND AGREED, by and between counsel for Plaintiff and counsel for CBS Defendants in the above captioned action that this

Stipulation may be executed by facsimile or email transmission, and/or in counterparts.

Dated: New York, NY  
February 27, 2012

Dated: New York, NY  
February 27, 2012

LAW OFFICES OF  
NICHOLAS A. PENKOVSKY P.C.

_____  
Nicholas A. Penkovsky  
314 West 231st Street - Suite 436  
Riverdale, NY 10463  
tel.: 646-603-7676

*Attorney for Plaintiff Alan D. Zanger*

DAVIS WRIGHT TREMAINE LLP

_____  
Elizabeth McNamara  
1633 Broadway  
New York, NY 10019  
tel.: 212-489-8230

*Attorneys for the CBS Defendants*

SO ORDERED:

_____  
United States District Judge

Date _____March 1, 2012_____

ii