

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ALAN D. ZANGER,

                Plaintiff,

    - against -

CBS CORPORATION, CBS TELEVISION
DISTRIBUTION, CBS STUDIOS, INC.,
CBS NEWS, INC. AND DOES 1-10,

                Defendants.

------------------------------------------------------- x

Civ. No. 11 civ 7483

## STIPULATION OF DISMISSAL

Plaintiff Alan Zanger ("Plaintiff") and named Defendants CBS CORPORATION, CBS TELEVISION DISTRIBUTION, CBS STUDIOS, INC., and CBS NEWS, INC. (collectively "CBS Defendants") in the above captioned action, by undersigned counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own costs and attorney's fees.

Dated: New York, NY
March 10, 2012

LAW OFFICES OF
NICHOLAS A. PENKOVSKY, P.C.

_____
Nicholas A. Penkovsky
314 West 231st Street - Suite 436
Riverdale, NY 10463
tel.: 646-603-7676

*Attorney for Plaintiff Alan D. Zanger*

Dated: New York, NY
March __, 2012

DAVIS WRIGHT TREMAINE LLP

_____
Elizabeth A. McNamara
1633 Broadway
New York, NY 10019
tel.: 212-489-8230

*Attorneys for the CBS Defendants*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/16/12

1

DWT 19162852v2 3850040-000028